**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| **AMERICAN RESOURCE MANAGEMENT, LLC (DE),** *et al.,* | Case No.: 19-14605-BKC-JKO<br>Chapter 11<br>Jointly Administered<br>19-14606 American Resource Management, LLC (IL)<br>19-14607 American Resource Management Group, LLC (FL)<br>19-14608 Boomtown Holding Group, LLC (DE)<br>19-14609 Redemption and Release, LLC (DE)<br>19-14610 Redemption Holdings USA, LLC<br>19-14611 Resort Exit Team LLC (FL)<br>19-14612 Vacation Properties for Less, LLC<br>19-14613 VPL Holdings, LLC (FL) |
| Debtors.<br>_____/ | |

**TRUSTEE'S *EX-PARTE* APPLICATION FOR EMPLOYMENT OF**
**BARRY E. MUKAMAL, CPA AND KAPILAMUKAMAL, LLP AS FORENSIC**
**ACCOUNTANTS AND FINANCIAL ADVISORS NUNC PRO TUNC TO APRIL 24, 2019**

Barry E. Mukamal, as Trustee for the estate of the above-captioned Debtor ("Trustee"), applies to the court for authorization and approval of the employment of Barry E. Mukamal, CPA ("Mukamal") and the accounting firm of KapilaMukamal, LLP ("KM") as forensic accountants and financial advisors for the Trustee *nunc pro tunc* to April 24, 2019, and respectfully represents:

1. The undersigned is the duly appointed, qualified and acting Trustee in this case.

2. In order for the Trustee to properly discharge his duties in this case, it is essential that he employ accountants to assist him in tax compliance filings and other financial matters. The Trustee has selected KM because of its extensive experience and expertise in bankruptcy and related matters.

3. Barry E. Mukamal, CPA and Soneet Kapila, CPA are both partners of the firm KapilaMukamal, LLP ("KM") and both serve as members of the Chapter 7 Panel of Trustee's in the Southern District of Florida.

4. The Trustee seeks to employ KM to render professional services to the Trustee which may include:

(a) review of all financial information prepared by the Debtor or its accountants, including but not limited to a review of the Debtors' financial information as of the date of the filing of the petition, its assets and liabilities, and its secured and unsecured creditors;

(b) review and analysis of the organizational structure of and financial interrelationships among the Debtor and its affiliates and insiders, including a review of the books of such companies or persons as may be requested;

(c) review and analysis of transfers to and from the Debtor to third parties, both pre-petition and post-petition;

(d) attendance at meetings with the Debtor, its creditors, the attorneys of such parties, and with federal, state, and local tax authorities, if requested;

(e) review of the books and records of the Debtor for potential preference payments, fraudulent transfers, or any other matters that the Trustee may request;

(f) the rendering of such other assistance in the nature of accounting services, financial consulting, valuation issues, or other financial projects as the Trustee may deem necessary.

(g) preparation of estate tax returns.

5. KM neither holds nor represents any interest adverse to the estate in the matters upon which it is to be employed, is a "disinterested person" as that term is defined by 11 U.S.C. SS 101 (14) and 327 (a) and (d), and its employment would be in the best interest of the estate and its creditors. An affidavit in support of this application is attached hereto as Exhibit A.

6. KM has agreed to perform the foregoing services at the ordinary and usual hourly billing rates of its members who will perform services in this matter. KM will incur out-of-pocket disbursements in the rendition of the services for which it shall seek reimbursement. KM

recognizes that its compensation is subject to approval and adjustment by the Court in accordance with 11 U.S.C. § 330.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order approving the selection and employment by the Trustee of Barry E. Mukamal, CPA and KapilaMukamal, LLP as forensic accountants to perform the services set forth in this Application, upon the terms and conditions set forth herein.

Respectfully submitted on April 26, 2019.

     /s/ Barry E. Mukamal
Barry E. Mukamal, Trustee

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was delivered via CM/ECF on all electronic recipients and via U.S. Mail as indicated below on April 26, 2019.

### Via CM/ECF:

- **Thomas M. Messana**    tmessana@messana-law.com, emair@messana-law.com; thurley@messana-law.com; tmessana@bellsouth.net; nbarrus@messana-law.com; mwslawfirm@gmail.com; cbroussard@messana-law.com; atamburro@messana-law.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **David A Ray**    dray@draypa.com, draycmecf@gmail.com; sramirez.dar@gmail.com
- **Tate M Russack**    tate@russack.net, cami@russack.net;kt@russack.net; lori@rlcfirm.com; russacktr78446@notify.bestcase.com; seelena@rlcfirm.com
- **Zana Michelle Scarlett**    Zana.M.Scarlett@usdoj.gov
- **James A Timko**    jtimko@shutts.com, kgranofsky@shutts.com
- **Shannon L Zetrouer**    szetrouer@zp-legal.com, eschoos@zp-legal.com; tpulsifer@zp-legal.com; 8753601420@filings.docketbird.com

     /s/ Jazmin Padilla
Jazmin Padilla for
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Telephone: (786) 517-5760

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

**AMERICAN RESOURCE**  **Case No.: 19-14605-BKC-JKO**
**MANAGEMENT, LLC (DE),** *et al.,*  **Chapter 11**
Jointly Administered
19-14606 American Resource Management, LLC (IL)
19-14607 American Resource Management Group, LLC (FL)
19-14608 Boomtown Holding Group, LLC (DE)
19-14609 Redemption and Release, LLC (DE)
19-14610 Redemption Holdings USA, LLC
19-14611 Resort Exit Team LLC (FL)
19-14612 Vacation Properties for Less, LLC
19-14613 VPL Holdings, LLC (FL)

Debtors.
_____/

## AFFIDAVIT OF BARRY E. MUKAMAL

**STATE OF FLORIDA** )
                                          ) SS
**COUNTY OF MIAMI-DADE** )

BEFORE ME, the undersigned authority, personally appeared Barry E. Mukamal, C.P.A., in Miami, Florida, who after being duly sworn, deposes and says as follows:

1. I am a Certified Public Accountant, experienced in rendering accounting, advisory, and litigation consulting services.

2. I am a partner of the firm KapilaMukamal, LLP ("KM"), with offices located at 1000 S. Federal Hwy, Ste 200, Fort Lauderdale, FL 33316.

3. I am willing to accept employment by the trustee, on the basis set forth in the annexed application. Neither I nor the firm hold or represent any adverse interest to the trustee, the debtor or the estate in regards to the matters for which I am to be employed and are disinterested persons as required by 11 U.S.C. § 327(a).

4. Neither I nor KM has a pre-petition or other claim against the estate.

5. Neither I nor KM hold any connections with the Debtor, creditors, any other party in interest, their respective attorneys, accountants, the Trustee, the U.S. Trustee, or any person employed by the Office of the U.S. Trustee as required by Fed.R.Bank.P. 2014, except as follows:

  a. Barry E. Mukamal is a member of the Chapter 7 Panel of Trustee's in the Southern District of Florida.

  b. Should I or KM become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

  c. Soneet R. Kapila ("Kapila"), a partner in the accounting firm of KapilaMukamal, LLP is also a member of the Chapter 7 Panel of Trustees. Should Kapila or KM become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

  d. As part of its practice, KM appears in numerous cases, proceedings, and transactions involving many different creditors, shareholders, attorneys, accountants, financial consultants, investment bankers, and other entities, some of which may be or may represent claimants and parties in interest in this case. KM has a widespread practice in insolvency and bankruptcy matters and I and the Firm participate in numerous cases in both the federal and state courts involving different professionals, including attorneys, accountants and financial consultants. Some of those professionals may represent parties-in-interest in this case. In addition, KM has in the past and will likely in the future be working with or against other professionals involved in this/these case(s) in matters unrelated to the Debtor (and these cases). However, I am not advising any such entity and/or professional in connection with this Chapter 7 proceeding nor do I have a relationship with any such entity or professional which is adverse to the Debtor, its creditors or the estate.

6. KM is otherwise well-qualified to serve as accountants for the Trustee for the purpose required. KM has been retained as accountants and financial consultants to render professional services to trustees, debtors, creditors, creditors' committees, and others in numerous bankruptcy matters. Barry E. Mukamal is also a Certified Fraud Examiner (CFE), Certified in Financial Forensics (CFF), a personal Financial Specialist (PFS), accredited in Business Valuation (ABV), and a Certified Insolvency & Restructuring Advisor (CIRA).

7. Neither I nor KM has received a retainer from the debtor, the estate, or a third party.

8. In the normal course of business, the firm has completed a conflict check containing a list of all creditors resulting in no verified conflicts.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Barry E. Mukamal, C.P.A.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

THE FOREGOING INSTRUMENT was acknowledged before me this 26th day of April 2019 by Barry E. Mukamal, who is personally known to me.

My commission expires:

_____
Notary Public, State of Florida

JANE PACHECO SILVA
Commission # GG 314552
Expires March 20, 2023
Bonded Thru Troy Fain Insurance 800-385-7019